IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                      NO. 4:00CR00187-02 BSM

WESLEY JOHN KETZ, JR.                                                       DEFENDANT

## **ORDER**

Pending before the court is Defendant's unopposed motion for early termination of supervised release. On September 20, 2004, Defendant was found guilty of one count of racketeering in violation of 18 U.S.C. § 1962(c) and 2 counts of mail fraud in violation fo 18 U.S.C. § 1341. He was sentenced on October 19, 2004 to five years' imprisonment with three years suspended and a 3 year term of supervised release upon release from imprisonment, a special assessment of $300.00, a fine of $10,000.00 and restitution in the amount of $88,361.00.

Defendant states that he has successfully completed his term of imprisonment, paid all fees, restitution and fines, and has successfully completed over one-half of the total term of supervised release. The government does not oppose his request. His Probation Officer reports that Defendant has complied with the conditions of release.

Early termination of supervised release is authorized under 18 U.S.C. §3583(e)(1) if at least one year of supervised release has expired and the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Among the factors to be considered are those set forth in 18 U.S.C. § 3553(a) to the extent they are applicable.

Upon consideration of the §3553(a) factors, and the record herein, the court finds

that early termination of supervised release is warranted.

Accordingly, Defendant's unopposed motion for early termination of supervise release (Doc. No. 516) is hereby granted.

IT IS SO ORDERED this 3rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE